Priority ✓
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA, et al.,<br><br>　　　　Respondents. | NO. CV 07-3708-DDP(CT)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 1-18-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE